No. 547. YATES v. UNITED STATES. C. A. 9th Cir. Certiorari granted. *Ben Margolis* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Tompkins* and *Harold D. Koffsky* for the United States.

No. 533. WESTERN UNION TELEGRAPH Co. v. KAUFMAN. C. A. 5th Cir. Certiorari denied. *John H. Waters* and *Ashton Phelps* for petitioner.

No. 535. UNITED STATES v. LUTHER, TRUSTEE. C. A. 10th Cir. Certiorari denied. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for the United States. *John F. Eberhardt* for respondent.

No. 539. WEBER, DOING BUSINESS AS WEBER-MILLICAN & Co., v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied. *Aaron L. Danzig* for petitioner. *Solicitor General Sobeloff, William H. Timbers, Arden L. Andresen* and *Elizabeth B. A. Rogers* for respondent.

No. 544. JACKSON, TRUSTEE IN BANKRUPTCY, v. FLOHR ET AL., DOING BUSINESS AS FLOHR & Co. C. A. 9th Cir. Certiorari denied. *Ofell H. Johnson* for petitioner. *Francis E. Holman* for respondents.

No. 551. WELLS FARGO BANK & UNION TRUST Co., EXECUTOR, v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Arthur H. Kent* and *Valentine Brookes* for peti-